IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00243-PAB-6

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.    YULY HERNANDEZ-OROZCO,

    Defendant.

## ORDER

This matter is before the Court on the Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Yuly Hernandez-Orozco [Docket No. 506]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Yuly Hernandez-Orozco [Docket No. 506] is granted. Counts One, Two, Five, and Six of the Indictment are dismissed as to defendant Yuly Hernandez-Orozco.

DATED June 24, 2013.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge